PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nigeria Jones                                   Cr.: 00-00579-001

Name of Sentencing Judicial Officer: Honorable John C. Lifland

Date of Original Sentence: 08-30-01

Original Offense: Possession of a Weapon by a Convicted Felon (18 U.S.C. 922(g)(1)

Original Sentence: 72 months custody and three years TSR

Type of Supervision: TSR                          Date Supervision Commenced: 01-28-05

Assistant U.S. Attorney: Phillip Kwon             Defense Attorney: Andrea Bergman

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'  <br><br>Offender tested positive for cocaine and heroin on December 6, 2005 and February 2, 2006. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'  <br><br>The offender failed to report to the U.S. Probation Office on February 9, 2006. The offender has failed to respond to telephone calls and personal home visits and his whereabouts are currently unknown. |

PROB 12C - Page 2
Nigeria Jones

3      The offender has violated the supervision condition which states '**You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**'

         During an interview with the offender on February 2, 2006, after which he tested positive for cocaine and heroin, Jones admitted he participated in the cooking of crack cocaine and heroin at a drug distribution location.

4      The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

         The offender has not been employed since his release from custody in January 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: 03-23-06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/30/06
Date

PROB 20
(Rev. 8/91)

# PERSONAL HISTORY OF ABSCONDER

**TO:** U.S. Marshal, Warrant Supervisor

**FROM:** Kevin M. Villa

**OFFICE:** 20 Washington Place, 6th Floor, Newark, NJ

**PHONE NO.:** 973-645-4692

**DATE:** 03-23-06

**IN CUSTODY NOW:** Yes [ ]   NO [X]

**TYPE OF WARRANT:**

Supervised Release   [X]

**PHOTO AVAILABLE:** Yes [X]   NO [ ]

**WHERE:** N/A

---

***

**RE:**   Jones         Nigeria         E
         (Last)        (First)        (Middle)

**SEX:** Male                **RACE:** Black Non Hispanic

**DATE OF BIRTH:** 05-31-70      **PLACE OF BIRTH:** Cairo, Georgia

**HT:** 5"8"   **WT:** 170 lbs.   **EYES:** Brown   **HAIR:** Black

***(NOTE: This info required for NCIC)

---

| | |
|---|---|
| **COMPLEXION:** Medium | **SCARS, TATTOOS, DEFORMITIES, OTHER ID MARKS:** Tattoos: Cross on left forearm and his name on left chest. Offender's four front teeth are capped in gold |
| **FBI #:** 863700HA5 | **SOCIAL SECURITY NUMBER:** 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 |
| **LOCAL POLICE #:** Newark | **DOCKET #:** 00-00579-001 |
| **DRUG USE:** Yes [X]   NO [ ] | **ALIASES:** Naquaria Jones and Freddie Bush |

**LAST KNOWN OR CURRENT ADDRESS:** 333 Morris Avenue, Newark, NJ

**LAST KNOWN OR CURRENT TELEPHONE NO.:** 973-643-4570

**FORMER PHONE NOS.:** None

**FORMER ADDRESSES AND DATES:** Jones was born in Cairo, Georgia. He resided in Orlando, Florida in the mid 1990's.

**DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:**

10-17-99, Newark, Unlawful Possession of a Weapon, Newark Police

| | |
|---|---|
| **DATE OF LAST KNOWN ARREST:** 05/27/97 - Resisting Arrest | **PLACE:** Orlando, Florida |

**NATURE OF ARREST:** Officers responded to Jones' residence for VOP. While attempting to arrest him, he resisted and attempted to flee. Jones was detained after being sprayed with chemical agent.

**VIOLENT HISTORY (Type):** Yes - Resisting Arrest, Robbery, Assault, Weapons violations

PROB20  
(Rev. 8/91)

Page 2  
Jones

| | |
|---|---|
| **DATE OF LAST FACE-TO-FACE CONTACT WITH PROBATION OFFICER:** 02-02-06 | |
| **DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED?**   Yes [ ]   NO [X] | |
| **NEXT KNOWN COURT APPEARANCE:**   Date: Not scheduled   Location: MLK   Type: Unknown | |

**KNOWN CO-DEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses):**

None

**KNOWN FAMILY AND RELATIVES (name, relation, address, phone no.):**

Offender resides with father, Alvin Jones (very helpful). Offender is known to hang out in and around his home (Springfield Avenue and Morris Avenue)

| | |
|---|---|
| **OCCUPATION:** Unemployed | **DATE OF LAST EMPLOYMENT:** None |
| **LAST EMPLOYER AND ADDRESS:** None | |
| **AUTOMOBILE, DESCRIBE:** None | |
| **AUTO LICENSE NO., IF KNOWN:** None | **AUTO LICENSE STATE:** None |
| **OTHER RELATIVE INFORMATION:** None | |

**NAME AND TELEPHONE NO. OF PROBATION OFFICER:** Kevin M. Villa, 973-645-4692

**NAME OF CHIEF PROBATION OFFICER OR SUPERVISOR:** Mark Hengemuhle, SUSPO

AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____  District of  _____

UNITED STATES OF AMERICA

V.

NIGERIA JONES

**WARRANT FOR ARREST**

Case Number:   CR 00-579-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **NIGERIA JONES** _____
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation    x  Probation Violation Petition

charging him or her         (brief description of offense)

SEE ATTACHED DOCUMENTS

in violation of       _____ United States Code, Section(s) _____

John G. Basilone
Name of Issuing Officer

Senior Courtroom Deputy
Title of Issuing Officer

[signature]
Signature of Issuing Officer

4/5/06 Newark New Jersey
Date and Location

Bail fixed at $ _____  by _____
                                            Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |